

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2021

No. 04-21-00223-CV

**IN THE INTEREST OF A.G., A CHILD**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA02472
John D. Gabriel Jr., Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant S.G. and S.A.'s parental rights. This appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2.

Appellee's briefs are due on August 13, 2021, and August 17, 2021. On August 12, 2021, appellee timely filed a motion for extension of time requesting a thirty (30) day extension of time from August 13, 2021 to file appellee's briefs. The motion is GRANTED IN PART. Appellee's briefs must be filed **no later than September 6, 2021**. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court